3
DOUGLAS M. WHATLEY, CHAPTER 7 TRUSTEE
P.O. Box 538
Folsom, CA 95763-0538
Tel:  (916) 358-9345
E-mail:  2dougwhatley@gmail.com

# UNITED   STATES   BANKRUPTCY   COURT

## EASTERN   DISTRICT   OF   CALIFORNIA

### SACRAMENTO   DIVISION

| | |
|---|---|
| In re:<br><br>QUILTY, BRIAN DAVID<br><br>Debtor. | Case No. 14-21582 CMK<br><br>DCN:       DMW - 5<br>Date:      March 17, 2015<br>Time:      9:30 A.M.<br>Courtroom:  5<br>Dept:   B (Judge Christopher M. Klein) |

**TRUSTEE'S  MOTION  TO  SELL  ESTATES INTEREST IN REAL PROPERTY**

The undersigned, Douglas M. Whatley, ("Seller') the court-appointed Trustee in the above-referenced case, hereby moves this Court for authority to sell the estate's interest in the real property commonly known as 9054 Polly Avenue, Orangevale, CA 95662,  located in Sacramento County, APN 223-0382-002-0000 (hereinafter referred to as the "Subject Property"). The sale will be subject to existing liens and encumbrances, if any, to be paid through escrow from the proceeds of the sale. The Buyer, Andrew Taff, has offered a purchase price of $210,000.00. Buyer and seller shall share 50/50 the cost of escrow fees and title insurance.  The sale is an "as is" and "where is" sale with no guarantees or warrantees.

1. Debtor filed for relief under Chapter 7 petition on February 20, 2014.

2. The Debtor listed the Subject Property in the petition, under Schedule A – Real Property, as "9054 Polly Avenue, Orangevale, CA 95662 valued at $160,000.00" The Seller is selling this single family home and is the subject of this sale.

3. The Seller is aware that there is a mortgage on the property in the amount of $151,085.24 (12/31/14). The Seller wishes to sell the estate's interest in the Subject Property "as is" and "where is" with no guarantees or warranties to Andrew Taff, (hereinafter "the Buyer") for $210,000.00.  A copy of the Sales Agreement is Exhibit "A".  The Buyer has placed a $5,000.00 deposit with the

Seller which is non-refundable upon Court Approval. The Seller believes it is in the best interest of the estate to sell the estate's interest in the Subject Property to the Buyer for $210,000.00.

4. The Seller requests that the Court only approve overbids presented at the hearing that meet the following criteria:

a) Overbidding shall start at $215,000.00 and shall be in minimum increments of $1,000.00.
b) To qualify as a bidder, the bidder must bring to the Court (or if appearing by telephone, deliver to the Seller) a Cashier's Check or a Certified Check for $5,000.00. The Cashier's Check or Certified Check shall serve as a non-refundable deposit if the overbid is successful.
c) The successful bidder must deliver to the Seller a Cashier's or Certified check for the balance of the purchase price within 48 hours of Court approval of the sale.
d) Escrow to close within 30 days of Court Approval

5. The Seller further seeks authority to execute any and all additional conveyances necessary to consummate the sale. The Seller seeks specific authorization to pay through escrow for any secured liens or encumbrances which may be discovered through the title report. The Seller also seeks specific authorization to pay court-approved realtor, Lisa Mckee, a commission of 5% of the sales price.

6. The Seller further seeks a waiver of the fourteen day (14) waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Douglas M. Whatley, Trustee/Seller respectfully requests he be authorized to sell to Buyer the estate's interest in 9054 Polly Avenue, Orangevale, CA 95662, located in Sacramento County, APN 223-0382-002-0000, subject to the terms and conditions stated in the Purchase Agreement (Exhibit A) pursuant to the provisions of section 363(b) of the Bankruptcy Code to ANDREW TAFF (Buyer) for $210,000.00 "as is" and "where is" with no warranties, guarantees of promises whatsoever; and authority to execute any and all documents that may be necessary to effectuate the sale. The Seller wishes to waive the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

Case 14-21582   Filed 02/24/15   Doc 75

DATED: February 24, 2015

Respectfully submitted,

By: _____
    Douglas M. Whatley, Chapter 7 Trustee